UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHAUN RUSHING,

Plaintiff,

-against-

U.S. DISTRICT COURT, GRAND RAPIDS
MICHIGAN,

Defendant.

22-CV-3559 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 3, 2022, Plaintiff was barred from filing any new action *in forma pauperis* (IFP) without first obtaining from the court leave to file. *See Rushing v. Extra Space Storage*, ECF 1:21-CV-9113, 5 (S.D.N.Y. Jan. 3, 2022). Plaintiff brings this new *pro se* case, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the January 3, 2022 order. The Court denies Plaintiff's application for the Court to request *pro bono* counsel (ECF 3) as moot.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   May 4, 2022
         New York, New York

                                        /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                        Chief United States District Judge