UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAUN RUSHING,<br><br>                    Plaintiff,<br><br>         -against-<br><br>U.S. DISTRICT COURT, GRAND RAPIDS MICHIGAN,<br><br>                    Defendant. | 22-CV-3559 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 4, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the January 3, 2022, order in *Rushing v. Extra Space Storage*, ECF 1:21-CV-9113, 5 (S.D.N.Y. Jan. 3, 2022), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 4, 2022
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge